**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ross E. HASTINGS, Defendant— Appellant.**

**No. 02–50191.**

**D.C. No. CR–00–00526–DT–1.**

United States Court of Appeals, Ninth Circuit.

---

780

Submitted Jan. 17, 2003.*

Decided Jan. 28, 2003.

Before FRIEDMAN,** KOZINSKI and RAWLINSON, Circuit Judges.

### MEMORANDUM***

The district court was not required to believe defendant's self-serving and uncorroborated story. There was more than enough evidence for the court to find that defendant drove the car, drove it recklessly and thus lied to the park ranger. *See Jackson v. Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979) (finding sufficient evidence where, "after viewing the evidence in the light most favorable to the prosecution, *any* rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt").

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

